U.S. Department of Justice
United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Gainesville
(USAO: 2013R00676)

FILED IN OPEN COURT
U.S.D.C. Atlanta

JAN 06 2015

James N. Hatten, Clerk
By: _____ Deputy Clerk

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Forsyth

DISTRICT COURT NO.   2 15-CR-001

MAGISTRATE CASE NO.

X Indictment
DATE: January 6, 2015

Information
DATE:

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
RONALD ONORATO

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: William L. McKinnon, Jr.
Defense Attorney: