UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

RONALD ONORATO AND
LARRY MILDER

CRIMINAL ACTION

No. 2:15-CR-0001-RWS

DEFENDANT RONALD ONORATO'S MOTION TO ADOPT
CO-DEFENDANT'S MOTION FOR INSPECTION AND TESTING
OF EVIDENCE AND MOTION IN LIMINE TO EXCLUDE
INSUFFICIENTLY AUTHENTICATED OR DUPLICATE EVIDENCE

COMES NOW Defendant RONALD ONORATO, by and through counsel,

moves this Court, to adopt, conform and have the benefit of Co-Defendant Larry

Milder's Motion for Inspection and Testing of Evidence and Motion *in Limine* to

Exclude Insufficiently Authenticated or Duplicate Evidence (Doc. 18) in the

above-referenced indictment number to the extent identified below. As grounds

for this request, Defendant Onorato states as follows:

7299257v1 1

1. Defendant Onorato is charged in the above-referenced case with Defendant Larry Milder.

2. Counsel for Defendant Milder has filed a Motion for Inspection and Testing of Evidence and Motion *in Limine* to Exclude Insufficiently Authenticated or Duplicate Evidence (Doc. 18, attached hereto as Exhibit A).

3. In order not to burden the Court with repetitive pleadings, Defendant Onorato moves to adopt Milder's Motion for Inspection and Testing of Evidence and Motion *in Limine* to Exclude Insufficiently Authenticated or Duplicate Evidence (Doc. 18) only to the extent it requests production of the original loan document and suppression of copies thereof. Defendant Onorato specifically denies, and does not move to adopt, those portions of Defendant Milder's Motion for Inspection and Testing of Evidence and Motion *in Limine* to Exclude Insufficiently Authenticated or Duplicate Evidence (Doc. 18) which allege that Defendant Onorato engaged in any falsification, altering, or tampering with documents or directed anyone to do so. (See, e.g., Defendant Milder's Motion for

Inspection and Testing of Evidence and Motion *in Limine* to Exclude Insufficiently Authenticated or Duplicate Evidence at pp. 2, 4).

4. Defendant Onorato has standing to seek the relief in the Motion for Inspection and Testing of Evidence and Motion *in Limine* to Exclude Insufficiently Authenticated or Duplicate Evidence (Doc. 18) because of the risk to Defendant Onorato of the government introducing at his trial copies of loan documents, including the December 17, 2007 draw request, where the authenticity of those documents will be a central point of contention.

WHEREFORE, DEFENDANT ONORATO specifically prays that the Court permit Defendant to adopt and conform Defendant Milder's Motion for Inspection and Testing of Evidence and Motion *in Limine* to Exclude Insufficiently Authenticated or Duplicate Evidence (Doc. 18) except to the extent Defendant Milder's motion alleges that Defendant Onorato engaged in any falsification, altering, or tampering with documents or directed anyone to do so, which conduct Defendant Onorato specifically denies.

Dated: February 23, 2015

ARNALL GOLDEN GREGORY LLP

*/s/ Aaron M. Danzig*
Aaron M. Danzig
Ga. Bar No. 2015151
171 17th St., NW
Suite 2100
Atlanta, Georgia 30363-1031
Phone: (404) 873-8504
Fax: (404) 873-8505
Email: aaron.danzig@agg.com

Counsel for Ronald Onorato

## <u>LOCAL RULE 7.1(D) CERTIFICATION</u>

I certify that the foregoing has been formatted in Time New Roman, 14-point font type, which complies with the font size and requirements of Local Rule 5.1(B).

Dated: February 23, 2015

<u>/s/ Aaron M. Danzig</u>
Aaron M. Danzig

## CERTIFICATE OF SERVICE

I certify that I have electronically filed the forgoing document with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

Dated:  February 23, 2015.

*/s/ Aaron M. Danzig*
Aaron M. Danzig