IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

    *v.*

RONALD ONORATO, LARRY MILDER

Criminal Action No.

2:15-CR-001

### Victim Disclosure Statement Pursuant to Fed. R.Cr. P. 12.4(a)(2)

The Pursuant to Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure, OLD NATIONAL BANK, who has been identified as an organizational victim in the above-captioned case, makes the following disclosure:

1. The party is a non-governmental corporate party.

2. List any parent corporation or state that there is no such corporation:

    *Old National Bancorp*

3. List any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation: *Old National Bancorp*

The undersigned party understands that under Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

| | |
|---|---|
| *Wade C. Alston* | *[signature]* |
| Printed name | Signature |

| |
|---|
| *3/31/2015* |
| Date |

Submitted by:
William L. McKinnon
*Assistant United States Attorney*