

Atlanta Office
171 17th Street NW, Suite 2100
Atlanta, GA 30363-1031
Direct phone: 404.873.8504
Direct fax: 404.873.8505
E-mail: aaron.danzig@agg.com

August 13, 2015

District Court Deputy Clerk
Magistrate Court Deputy Clerk
United States Northern District Court of Georgia
Gainesville Division
Federal Building
121 Spring Street SE Room 201
Gainesville, Georgia 30501

Re: *United States of America v. Ronald Onorato and Larry Milder*; Northern District of Georgia, Gainesville Division, Criminal Action No. 2:15-CR-001-UNA

Dear Deputy Clerks:

I hereby respectfully notify the Court and all opposing counsel pursuant to Local Rule 57.1E (4), that I will be out of state for vacation on September 25, 2015; for business on September 28, 2015 through September 29, 2015; and October 15, 2015 through October 16, 2015. Please accept this request that the court not schedule any appearances in this matter during the aforementioned period of absence.

The Court's consideration in this regard is appreciated. If the Court has any questions, comments or concerns, please do not hesitate to contact me.

Sincerely,

ARNALL GOLDEN GREGORY LLP


/s/Aaron M. Danzig
Aaron M. Danzig
Georgia Bar No. 205151


cc:   All Counsel of Record *(via CM/ECF System)*

7956333v1