# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

**2:15-cr-00001-RWS-JCF**
**USA v. Onorato et al**
**Honorable J. Clay Fuller**

Minute Sheet for proceedings held In Open Court on 08/30/2016.

TIME COURT COMMENCED: 11:00 A.M.
TIME COURT CONCLUDED: 11:17 A.M.    TAPE NUMBER: JCF-Gaines-FTR
TIME IN COURT: 00:17                 DEPUTY CLERK: Christina Klimenko
OFFICE LOCATION: Gainesville

| | |
|---|---|
| DEFENDANT(S): | [1]Ronald Onorato Present at proceedings |
| ATTORNEY(S) PRESENT: | Aaron Danzig representing Ronald Onorato<br>William McKinnon representing USA |
| PROCEEDING CATEGORY: | Telephone Conference(Pretrial Conference/Omnibus Hearing); |
| MINUTE TEXT: | Telephonic Status Conference held; Parties continue to work through issues with emails and finalizing the Govt.'s stipulation. Next telephonic status conference set for 9/29/2016 at 10:00 a.m. |