# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

## 2:15-cr-00001-RWS-JCF
## USA v. Onorato et al
## Honorable Richard W. Story

Minute Sheet for proceedings held In Open Court on 07/14/2017.

| | |
|---|---|
| TIME COURT COMMENCED: 11:00 A.M. | COURT REPORTER: Amanda Lohnaas |
| TIME COURT CONCLUDED: 12:00 P.M. | CSO/DUSM: John Hunt |
| TIME IN COURT: 1:00 | USPO: Tony Poole |
| OFFICE LOCATION: Gainesville | DEPUTY CLERK: Delores Wilford |

| | |
|---|---|
| DEFENDANT(S): | [1]Ronald Onorato Present at proceedings |
| ATTORNEY(S) PRESENT: | Aaron Danzig representing Ronald Onorato<br>William McKinnon representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Cause came on for Sentencing Hearing before the Court. Came the parties as shown. SENTENCE: CBOP SIX (6) MONTHS on count one of the indictment. TWO (2) YEARS Supervised Release to follow, with Standard Conditions. Defendant to perform 100 hours of Community Service on terms and conditions as arranged by the USPO. Restitution in the amount of $ 438,144.30 to be paid to Ordner Construction. Special Assessment of $100.00. Objections to the sentence by Government allowed and noted. No objections to the sentence by defendant. Voluntary surrender to the institution designated by the BOP after September Monday, September 4, 2017, as directed by the USM of this district. Right of Appeal explained. |