IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : CRIMINAL ACTION |
| v. | : NO: 2:15-CR-001-01-RWS |
| | : |
| RONALD ONORATO, | : |
| Defendant, | : |
| and | : |
| | : |
| PNC BANK, | : |
| Garnishee. | : |

**AGREED FINAL ORDER IN GARNISHMENT**

The parties, the United States of America, the defendant, Ronald Onorato, agree and stipulate as follows:

1. The defendant's name is Ronald Onorato and his last known address is: Ronald Onorato #66551-019, FPC Montgomery, Federal Prison Camp, Maxwell Air Force Base, Montgomery, AL 36112.

2. A Judgment was entered against the defendant in this action in the amount of $438,244.30, with post-judgment interest at the rate of 1.23% compounded annually.

3. The total balance due on the Judgment is $402,967.45 as of November 29, 2017.

1

4. The Garnishee, PNC Bank, has in its possession property of the Defendant in the form of funds in a checking account.

5. Defendant waives his right to a hearing under the section 28 U.S.C. § 3205 and any other process to which his may be entitled under the Federal Debt Collection Procedures Act of 1990.

6. Defendant agrees and stipulates that the funds in the checking account, are subject to garnishment under section 3205 of the Federal Debt Collection Procedures Act, 28 U.S.C. § 3205, and expressly agrees and stipulates that the entry of an Agreed Final Order in Garnishment is proper.

7. The parties therefore agree and stipulate to the entry of an Agreed Final Order in Garnishment against the funds which belong to the Defendant. It is expressly agreed and stipulated to by the parties that the Garnishee, PNC Bank shall pay to the Clerk, U.S. District Court, Northern District of Georgia the amount of funds in the checking account.

8.  The parties therefore agree and stipulate that these sums are to be applied upon the judgment rendered in this cause in the sum of $438,244.30, upon which there is an unpaid balance of $402,967.45, as of November 29, 2017.

Checks should be made payable to:

Clerk, U.S. District Court

and mailed to:

> Clerk, U.S. District Court
> 2211 U.S. Courthouse
> 75 Ted Turner Drive, S.W.
> Atlanta, Georgia 30303

Check should indicate the Criminal Case Number No. 2:15-CR-001-01-RWS.

Respectfully submitted,

BYUNG J. PAK
UNITED STATES ATTORNEY

By: s/Cynthia B. Smith
   CYNTHIA B. SMITH
   ASSISTANT U.S. ATTORNEY

Aaron M. Danzig (w/ express permission by CBS)

Ronald Onorato, Defendant
By and through his Attorney
Aaron M. Danzig
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
aaron.danzig@agg.com


APPROVED AND SO ORDERED _5th_ this day of _Dec._, 2017

The Honorable Richard W. Story
Judge, United States District Court

4