IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

MAR - 1 2018

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

UNITED STATES OF AMERICA, :
 :
v. :
 :
RONALD ONORATO, :
Defendant, :
and :
 :
U.S. BANCORP INVESTMENTS, INC., :
Garnishee. :

CRIMINAL ACTION
NO: 2:15-CR-001-01-RWS

**ANSWER OF THE GARNISHEE**

I, Shelly L. Jensen (Declarant), as the

Business Ops Analyst (Title of Declarant) of Garnishee,

U.S. Bancorp Investments, Inc. (Garnishee's official name)

BEING DULY SWORN DEPOSE AND SAY:

1. Choose one as applicable:

☐ GARNISHEE IS AN INDIVIDUAL

Garnishee is or was doing business in name of ____________________

☐ GARNISHEE IS A PARTNERSHIP OR TRUST.

Declarant is the ______________________ (Title) of a partnership or trust known as __________________________ which is registered in the State of ______________.

☐ GARNISHEE IS A GOVERNMENTAL ENTITY.

Declarant is the __________________________ (title of declarant) of the _______________________ (official name of government entity) with a principal office located at ______________________________.

☑ GARNISHEE IS A CORPORATION.

Declarant is the Business Ops Analyst (title of declarant) of the U.S. Bancorp Investments, Inc. (corporation name), which is organized under the laws of the State of Delaware.

2. The Garnishee may be contacted through the following individual, at the following telephone number(s), and with the following identifying information:

Shelly L Jensen 651-466-6939

3. On the 23 day of February, 2018, Garnishee was served with the Writ of Continuing Garnishment.

4. Declarant states the following regarding the subject of the Writ:

Yes No

✓ ___ The Garnishee has custody, control or possession of the following property in which the debtor maintains an interest, including funds, accounts, monies, stock or earnings of the Judgment debtor, as described below:

| | Description of Property | Approximate Value | Description of Debtor's Interest of Property |
|---|---|---|---|
| (1) | Mutual funds & Cash | $21,345.00 | UGMA-GA Custodian |
| (2) | | | |
| (3) | | | |
| (4) | | | |

5. Declarant states the following regarding whether there is any other garnishment currently in effect as to the property. If the answer is yes, the declarant describes the other action below.

Yes No

___ ✓

6. Garnishee anticipates owing to the judgment-debtor in the future, the following property including funds, accounts, monies, stock or earnings of the Judgment debtor:

Yes No

___ ✓

| | Amount | Estimate Date or Period Due |
|---|---|---|
| (1) | $ ________ | ____________________ |
| (2) | $ ________ | ____________________ |
| (3) | $ ________ | ____________________ |
| (4) | $ ________ | ____________________ |

7. Check the applicable line below if you DENY that you hold property subject to this order of garnishment.

____ The Garnishee has the following objections, defenses, or set-offs to the United States' right to the claimed property of the Judgment debtor: ______________________________________________

______________________________________________________________

______________________________________________________________

_____ The judgment debtor has account(s) at this institution. However, the account(s) currently contain no assets. The Garnishee, ___ ________________, will forward assets as they become available in the account(s).

____ The Garnishee is in no manner and upon no account indebted or under liability to the Judgment debtor, and the Garnishee does not have in Garnishee's possession or control any property belonging to the Judgment debtor, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action for the following reasons(s): ______________________________________

______________________________________________________________

______________________________________________________________

8. Garnishee delivered the Answer to the Clerk of Court for the Northern District of Georgia at: 121 Spring Street., Room 201, Gainesville, GA 30501. The Garnishee mailed a copy of this Answer by first-class mail to the Judgment debtor, Ronald Onorato #66551-019, at RRM Atlanta, Residential Reentry Office, 719 McDonough Blvd., S.E, Atlanta, GA 30315 and to BYUNG J. PAK, United States Attorney, 600 U.S. Courthouse, 75 Ted Turner Drive, S.W., Atlanta, GA 30303, Attn: Financial Litigation Unit.

Shelly L. Jensen
Representative of Garnishee

Shelly L. Jensen
Printed Name

Business Ops Analyst
Title

U.S. Bancorp Investments, Inc.
EP-MN-WN2C
60 Livingston Avenue
St. Paul, MN 55107
Address of Garnishee

651-466-6939
Telephone Number of Garnishee

Subscribed and sworn before me
this 26th day of February 2018.

Notary Public
(SEAL)

MARCUS JOHN TUREN
Notary Public
Minnesota
My Commission Expires
Jan 31, 2023

My Commission expires: Jan. 31, 2023

**Extremely Urgent**

This envelope is for use with the following services: **UPS Next Day Air® UPS Worldwide Express® UPS 2nd Day Air®**

Visit **ups.com®** or call **1-800-PICK-UPS®** (1-800-742-5877) to schedule a pickup or find a drop off location near you.

**Domestic Shipments**

- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelo those listed or weighing more than 8 o

**International Shipments**

- The UPS Express Envelope may be used value. Certain countries consider electr ups.com/importexport to verify if your
- To qualify for the Letter rate, the UPS Ex UPS Express Envelopes weighing more t

**Note:** Express Envelopes are not recomm containing sensitive personal informatio or cash equivalent.

**Insert shipping document under window from the t**

Do not use this envelope for:

**Window Env**

Use this envelope with ship or inkjet printer on plain pa

MAR 1

SHELLY JENSEN
651-466-6939
US BANK
60 LIVINGSTON AVE
SAINT PAUL MN 55107

0.0 LBS LTR 1 OF 1

SHIP TO:
CLERK OF COURT NORTHERN DIST OF GA
678-450-2700
UNITED STATES COURTHOUSE
ROOM 201
121 SPRING ST SE
GAINESVILLE GA 30501-3749



GA 305 0-01

UPS 2ND DAY AIR 2

TRACKING #: 1Z 567 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 2724

BILLING: P/P

Reference # 1: 4540000730
Reference # 2: LE 249

CS 20.0.32. WNTNV50 97.0A 01/2018

https://www.campusship.ups.com/cship/create?ActionOriginPair=default___PrintWindow... 2/27/2018